THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO DUKES, Appellant.

Submitted July 2, 2007; decided September 6, 2007

Reported below, 30 AD3d 682.

Motion for assignment of counsel granted and Mitch Kessler, Esq., 63 Pike Creek Drive, Cohoes, New York 12047 assigned as counsel to the appellant on the appeal herein.

Submitted July 16, 2007; decided September 6, 2007

Reported below, 39 AD3d 100.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO HEUREAUX, Appellant.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 33 AD3d 1020.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.